FRANK L. BLENIS, Respondent, *v.* UTICA KNITTING COMPANY, Appellant.

*Blenis v. Utica Knitting Co.*, 149 App. Div. 936, affirmed.
(Argued January 13, 1914; decided January 27, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department,

entered March 29, 1912, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to compel defendant to remove a certain building which it maintained over and upon a certain alleyway.

*W. T. Dunmore* for appellant.

*P. H. Fitzgerald* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN, CUDDEBACK and MILLER, JJ.